**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEW JERSEY** 20-16022

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ] | **Magistrate Case No. 9280756 (Class A)** |
| | ] | |
| **v.** | ] | |
| | ] | |
| **RONALD K. OLIVER** | ] | |
| | ] | **Offense on a Federal Reservation** |

BEFORE the **Honorable Anthony R. Mautone,** a United States Magistrate for the Judicial District of New Jersey, specially designated to try and sentence persons committing misdemeanor offenses against the laws of the United States on a Federal reservation, personally appeared this day **CPT William R. Stallings,** Special Assistant U.S. Attorney for the District of New Jersey, who, under oath charges that:

On or about the **4th day of December 2019**, at Joint Base McGuire-Dix-Lakehurst, New Jersey, in the Judicial District of New Jersey,

**RONALD K. OLIVER** did commit:

Unlawful Possession of a Firearm in a Federal Facility in violation of 18 USC 930.

The name of the Complainant is **Capt Christina L. Heath.**

[signature]

**CHRISTINA L. HEATH, Capt, USAF**
**Special Assistant United States Attorney**

**SWORN TO BEFORE ME, AND SUBSCRIBED IN MY PRESENCE, JOINT BASE MCGUIRE-DIX-LAKEHURST, NEW JERSEY, ON THIS 23RD DAY OF JANUARY 2020.**

[signature]

**HONORABLE ANTHONY R. MAUTONE**
**United States Magistrate Judge**

1/23/20 NK 3/5/20